United States District Court
Southern District of Indiana

(1)

Traccy Wheeler

v.

Vigo County Sheriff John Plasse
Massey Sergeant
Dugger Sergeant
Mitchell Sergeant
Vigo County Jail Commander
Officer (Wirewick)
Vigo County Jail Doctor, Dr. Cox
Abby Shidler (of Vigo Co. Community Corrections)

FILED
NOV 22 2022
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Case# 2:22-cv-00356-JRS-MJD

Verified
Amended Complaint

I Traccy Wheeler swear under Penalty of Perjury the Forgoing is True:
Between August 3rd 2022 to August 10th 2022 the Plaintiff asked the defendants Massey, Dugger, Mitchell and the Sheiff John Plasse and the Jail commander (Via Grievence process) for paper, pen and envelopes so that he could contact the courts whereas the plaintiff was his own attorney, in several matters. The plaintiff was a transfer from a IDOC facility whereas the jail policy was that



C. Excessive Force and Retaliation, Delay of Medical Attention

On 9-20-22 at approx. 3:15pm I requested that officer (Wirewick) call an OIC or Jail commander so that I could speak to someone about retrieving some of my legal documents from the Vigo county Jail property room, paper to prepare motions for filing with several courts in which I represent myself in over 25 criminal and civil litigation (I had my own paper in property), access to adequate law library services whereas I was only recieving 15 min. per day during my one hour recreation to access the law library kiosk (however on most days the law library kiosk was not working I filed grievances and the Vigo County Sheriff and Jail commander failed to act on the complaints), access to order commissary whereas my Pin number to order commissary in order to order paper and pen to write the courts were not working on the commissary kiosk (I filed grievances regarding this complaint and the Sheriff and the Jail commander failed to act) and I sought to exersise my right to communicate with family and friends and the public to complain about my conditions of confinement, whereas I was not being provided the opprotunity to ~~order~~ order with my own



paper, pen or postage, and during my one hour recreation a day, either I was getting one 15 min. phone call, no phone call because at the time of recreation the phones were of and or based on the fact that they're 6 people to a cell who were required to use the one working phone during our hour recreation, thus each phone call is 15 min, therefore after the 4th person uses the phone recreation is over so I would be left without a phone call, However, in-mates in other cells in the same block and other cell blocks enjoyed the privelege of multiple phone calls and visits per day. However, after I made my request to C/O (Wirewick) she ordered me into my cell stating she had no time for "my shit", I stated I wanted to see someone in charge, She then ordered me to turn around and put my hands behind my back, I complied, however, instead of her grabbing hand cuffs she grabbed her tazzer put it to my back and pushed me, I then fell to the floor and felt instant pain, I yelled in pain, other officers came into the block, I stayed on the floor in pain, 10 min later I got up while other inmates were expressing their grievences to the 7-8 officers in the



cell block, I began speaking to officer (wirewick) and on camera without provocation she grabbed me aggressively by my left arm. then struck me in the chest causing my body to jerk, a short time later while laying in bed at approx. 3:45pm I laid in my bed I attempted to get up but I could not move, I was paralyzed of some sort. I requested the inmates in the cell to push the emergency call button and the (1st shift) control officer answered, I stated I needed medical attention and could not move, he refused to act. At approx. 4pm again I requested inmates to push the emergency call button and this time the (2nd shift) control officer answered I explained to him that I could not move, I was in pain and needed medical attention, he failed to act. At approx 5pm the (floor officer for I-Pod) (the cell block I was in) was delivering dinner trays, as he observed me in the bed in pain and unable to move, I explained I was assaulted by staff at 3pm and as a result I was in pain and could not move, he failed to act. Eventually after several more attempts at pushin the



the emergency call button, at approx. 6pm medical finally came in to the block, began sticking me needles in my legs and feet and determined that I was infact paralyzed and by ambulance I was rushed to Terre Haute Reginal Hospital to trauma and treated for Bilateral leg weakness and acute back pain. Witness to the incident was J. Heir, Craig Black and Deon Hendrix. The officer only acted with excessive force out of retaliation for my complaints regarding my conditions in the jail. I filed grievences and the Sheriff and Jail Commander failed to act.

D. Denial of Medical care that was adequate And Cruel and Unusal Conditions

While being housed in the Vigo County Jail my conditions worsen and the staff continued to retaliated against me for my excessive complaints, whereas, after I was treated by Reginal Hospital, after I was assaulted by staff and paralyzed, the doctor at the hospital ordered and prescribed me 7.5 Mg Meloxicam. However, once I returned to Vigo County Jail on 9-21-22, the Vigo County Jail health / Medical department Dr Cox disregarded the