UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TRACEY WHEELER, <br><br> Plaintiff, <br><br> v. <br><br> WIREWICK Officer, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br> No. 2:23-cv-00390-JMS-MJD |

**Final Judgment**

This action is dismissed without prejudice for failure to pay the filing fee.

Date: 2/2/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
   Deputy Clerk

Distribution:

TRACEY WHEELER
1341 2nd Ave
Terre Haute, IN 47807